UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:23-cv-0017 AC P |
| Plaintiff, | |
| v. | ORDER |
| DEBBIE MASSETTI, et al., | |
| Defendants. | |

Plaintiff, a former county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Presently before the court is plaintiff's request to access Public Access to Court Electronic Records (PACER) and to electronically file documents.  ECF No. 20.

PACER is available to anyone who registers for an account.[1]  Because plaintiff does not require leave of the court to register for PACER access online, his motion for access will be denied as unnecessary.

Plaintiff also appears to seek leave to file documents electronically.  Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing.  L.R. 133(a), (b)(2).  A pro se party seeking an exception

---

[1] Registration is available online at no cost at the following address: https://pacer.psc.uscourts.gov/pscof/registration.jsf.

1

to the rule may file a motion explaining the reasons why they should be allowed to file documents electronically.  L.R. 133(b)(3).  Plaintiff's request sets forth the reasons he seeks permission to electronically file.  ECF No. 20.  However, the request does not make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court or whether he is aware of the hardware and software needed for electronic filing.  For this reason, the motion will be denied without prejudice.

If plaintiff chooses to file another motion for permission to file electronically, the motion must include a statement that plaintiff has reviewed the requirements for electronic filing[2] and agrees to abide by them and that he understands that once he registers for electronic filing, he must file all documents electronically and not through the mail or in person at the court.  Additionally, all notices and documents will be received by e-mail and not by regular mail.  The motion must also address whether plaintiff has access to the following technical requirements necessary for electronic filing: 1) a computer with internet access; 2) an e-mail account for receiving notifications from the electronic filing system; 3) a PACER (Public Access to Court Electronic Records) account; 4) a word-processing program; 5) PDF conversion software to convert word processing documents into .pdf format; and 6) a scanner for exhibits or other supporting documents that are only in paper format.  Failure to address each of these items will result in denial of the motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for access to PACER and for leave to file electronically (ECF No. 20) is DENIED without prejudice.

DATED: November 16, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] Information regarding the technical requirements for PDFs is available at the following address: https://pacer.uscourts.gov/sites/default/files/files/AC-DC-BC-0160ECF-PDF-Functionality_0.pdf.