UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEBBIE MASSETTI, et al.,<br><br>　　　　　　Defendants. | No.  2:23-cv-0017 AC P<br><br><br>ORDER TO SHOW CAUSE |

By an order filed November 22, 2023, this court directed the United States Marshal to serve all process without prepayment of costs.  ECF No. 23.  On February 13, 2024, the Marshal returned waivers of service indicating that defendants Chapman, Massetti, and Moore—through counsel Lindsey Romano of Gordon Rees Scully Mansukhani—had waived service.  ECF No. 25.  The waivers were served on Massetti on December 5, 2023, and on Chapman and Moore on February 1, 2024.  Id.  More than sixty days have passed since the waivers were served and defendants have not yet filed a responsive pleading.  See Fed. R. Civ. P. 4(d)(3) (defendant who waives service has sixty days after request to waive was sent to answer complaint).  Failure to timely file a pleading responsive to plaintiff's complaint renders defendants vulnerable to default in this action.  Fed. R. Civ. P. 55.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Within fourteen days after the filing of this order, Lindsey Romano of Gordon Rees

1

Scully Mansukhani, shall show cause why default should not be entered. Filing of a responsive pleading will discharge the order to show cause. Failure of counsel to timely comply with this order may result in an entry of default against defendants Chapman, Massetti, and Moore and the imposition of appropriate sanctions. See L.R. 110; Fed. R. Civ. P. 11(c)(4).

    2. The Clerk of the Court shall serve a copy of this order on Lindsey Mack Romano at Gordon Rees Scully Mansukhani, 275 Battery Street, Suite 2000, San Francisco, CA 94111, and at lromano@grsm.com.

DATED: April 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE