UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:23-cv-0017 AC P |
| Plaintiff, | |
| v. | ORDER |
| DEBBIE MASSETTI, et al., | |
| Defendants. | |

    Plaintiff, a county prisoner proceeding pro se, has filed a request for entry of default and default judgment pursuant to Federal Rule of Civil Procedure 55.  ECF No. 31.  He also requests a court document stating that he is proceeding pro se, in order to access legal services at the jail.  ECF No. 32.

    Plaintiff requests that default and default judgment be entered against defendants Chapman, Massetti, and Moore based on their failure to file a timely response and to comply with the April 9, 2024 order to show cause.  ECF No. 31.  Federal Rule of Civil Procedure 55 provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 55(a).  Once a default has been entered, plaintiff may request a default judgment.  Fed. R. Civ. P. 55(b).

////

As addressed in the April 9, 2024 order to show cause, defendants Chapman, Massetti, and Moore failed to file a timely response to the complaint. ECF No. 26. However, contrary to plaintiff's claim that they have also failed to comply with the order to show cause, which provided defendants an opportunity to discharge the order by filing a responsive pleading, defendants have filed a motion to dismiss the complaint (ECF No. 29). Because defendants have filed a motion to dismiss, they are not in default and the request for entry of default and default judgment will be denied.

The court notes that in his request for default, plaintiff states he has not received a copy of any responsive pleading. ECF No. 31 at 2. It appears from the file that since defendants filed their motion to dismiss, plaintiff's address of record was updated based on a notice of change of address filed in another case in this court. Since it appears defendants' motion was served on plaintiff's prior address, they will be required to re-serve plaintiff at his current address of record. Plaintiff's response to the motion is due twenty-one days after the motion is re-served and failure to file a response will result in a recommendation that this action be dismissed. Plaintiff is further cautioned that he is required to update his address of record in each of the cases he has proceeding in this court and that updating his address in one case does not guarantee that the court will update his address in all pending cases. Failure to keep this the court updated on his current address in this case may result in a recommendation of dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for entry of default and default judgment (ECF No. 31) is DENIED.

2. Within seven days of the service of this order, defendants shall re-serve plaintiff with a copy of their motion to dismiss.

3. Plaintiff's motion for a document stating he is proceeding pro se (ECF No. 32) is GRANTED to the extent this order verifies that plaintiff is proceeding pro se in this action.

DATED: April 26, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2