

# United States District Court
# Eastern District of California

| THERON HOLSTON | Case Number: 2:23-CV-00017-AC |
|---|---|
| Plaintiff(s) | |
| V. | |
| DEBBIE MASSETTI, ET AL. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Kaitlin Myers** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Debbie Massetti, Charles Moore, and Ross Chapman

On **August 27, 2018** (date), I was admitted to practice and presently in good standing in the **North Carolina State Bar** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **May 14, 2024**     Signature of Applicant: /s/ **Kaitlin Myers**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kaitlin Myers |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 150 Fayetteville St. Suite 1120 |
| City: | Raleigh    State: NC    Zip: 27601 |
| Phone Number w/Area Code: | 919-787-4555 |
| City and State of Residence: | Holly Springs, North Carolina |
| Primary E-mail Address: | krmyers@grsm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lindsey M. Romano |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 315 Pacific Avenue |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | 415) 875-4126 | Ext: 4126    Bar # 337600 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 20, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE