UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>DEBBIE MASSETTI, et al.,<br><br>   Defendants. | No. 2:23-cv-0017 AC P<br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for instruction regarding joinder of claims. ECF No. 54. In his motion, plaintiff asks the court to provide him with legal advice related to amending the complaint to add medical malpractice claims against defendants. Id. He also requests that the court order defendants to answer various questions he has regarding defendants' employer and California Forensic Medical Group's interest in this case. Id. at 2-3.

With regard to plaintiff's request for instruction regarding the viability of his state tort claims, the court is unable to provide plaintiff with legal advice, and the request will be denied. Because the time for amending the complaint as a matter of course has passed, see Fed. R. Civ. P. 15(a)(1), if plaintiff wishes to amend the complaint, he must file a motion to amend that is accompanied by a copy of the proposed amended complaint.

////

1

Plaintiff's request for an order directing defendants to provide him more information regarding who they are employed by and California Forensic Medical Group's interest in this case will also be denied. The information plaintiff seeks is properly sought though discovery. In the event defendants' pending motion to dismiss is denied, a discovery and scheduling order will issue after defendants answer the complaint and plaintiff will be able to request discovery from defendants at that time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for instruction (ECF No. 54) is DENIED.

DATED: May 24, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE